

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-20-00399-CV

———————————————————

IN RE JAMES MICHAEL BAKER, Relator

———————————————————

Original Proceeding
362nd District Court of Denton County, Texas
Trial Court Nos. F18-3308-362, F18-3309-362

———————————————————

Before Birdwell, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied as moot.  Accordingly, relator's petition for writ of mandamus is denied as moot.

Per Curiam

Delivered:  January 6, 2021